**No. 67663.**—The Rieser Co., Inc. *v.* United States, protest 59/24422 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon hair nets similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained, except as to entry B. 71726, which was withdrawn from warehouse after September 13, 1958, the effective date of the enactment of T.D. 54676.

**No. 67664.**—Kaytee Fabric & Ribbon Co., Inc., and Halperin Shpg. Co. *v.* United States, protest 59/26088 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon angels similar in use to silk angels and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 67665.**—Leading Forwarders, Inc., et al. *v.* United States, protests 323399–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" consist of nylon pile fabrics similar in use to silk pile fabric, the claim at 25 percent under the provision in paragraph 1206, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), for silk pile fabrics, by similitude under paragraph 1559, or as amended, was sustained. The items marked "B," stipulated to consist of nylon knit fabric similar in use to silk knit fabric, were held dutiable at 27½ percent under the provision in paragraph 1208, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for silk knit fabrics, in the piece, by similitude. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

**No. 67666.**—Barbizonia Mills, Inc., and Rohner Gehrig & Co., Inc. *v.* United States, protests 237391–K and 232600–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

**No. 67667.**—Albert Godde Bedin, Inc., and Alltransport, Inc. *v.* United States, protest 289396–K (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, MAY 1, 1963

**No. 67668.**—Tex Mex Brick & Import Co. et al. *v.* United States, protests 58/5412, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiffs was sustained.

**No. 67669.**—Commodore Manufacturing Corporation *v.* United States, protest 62/14684 (New York).

Opinion by JOHNSON, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MAY 2, 1963

**No. 67670.**—Eugenio Mireles *v.* United States, protest 329377–K (Laredo).

OLIVER, Chief Judge:   This protest relates to a certain commodity which was classified under the provision for "Barytes ore, crude or unmanufactured," in paragraph 67 of the Tariff Act of 1930, as amended by T.D. 54108, carrying a duty assessment of $2.85 per ton.   Plaintiff claims that the goods are free of duty under the provision in paragraph 1719 of the Tariff Act of 1930, for crude minerals, not specially provided for.